885 A.2d 439

IN THE MATTER OF HENRY J. ARATOW, AN ATTORNEY
AT LAW (ATTORNEY NO. 057331993).

November 17, 2005.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05-004, concluding that **HENRY J. ARATOW** of **MORRISTOWN**, who was admitted to the bar of this State in 1993, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain matter to client to the extent reasonably necessary to permit informed decisions), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation);

And the Disciplinary Review Board further having concluded that **HENRY J. ARATOW** should be required to complete a course in professional responsibility;

And good cause appearing;

It is ORDERED that **HENRY J. ARATOW** is hereby censured; and it is further

ORDERED that within ninety days after the filing date of this Order **HENRY J. ARATOW** shall enroll in and successfully complete a course in professional responsibility approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.